

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-19-00214-CV

---

GOVERNMENT CONTRACTING & COMPLIANCE SERVICES, INC., APPELLANT

V.

JORISHIE PROPERTIES, INC. D/B/A ROBIN LANCE REALTY, APPELLEE

---

On Appeal from the 368th District Court
Williamson County, Texas
Trial Court No. 17-0172-C368, Honorable Rick J. Kennon, Presiding

---

June 26, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Government Contracting & Compliance Services, Inc., filed a notice of appeal without paying the requisite filing fee. By letter dated June 12, 2019, the Clerk of this Court notified appellant that unless it was excused from paying court costs under Appellate Rule 20.1, failure to pay the filing fee by June 24 would result in dismissal of the appeal. TEX. R. APP. P. 20.1, 42.3(c). To date, appellant has not paid the filing fee, communicated to the Clerk that it is presumed indigent under Appellate Rule 20.1, or sought leave to proceed without payment of court costs. TEX. R. APP. P. 20.1.

Because appellant failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. TEX. R. APP. P. 42.3(c).

Per Curiam